**Exhibit A to the Complaint**

**Location:** Philadelphia, PA  
**Total Works Infringed:** 42  

**IP Address:** 141.158.36.188  
**ISP:** Verizon Internet Services

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: E6273339D215373260CB6ABAD3BB022CD4FCD720<br>File Hash: 7EEE4CE486F9FEC6023832436D3750FA51B4FE91231075D4CED58F0CEE050C3D | 08/18/2020 12:15:22 | Tushy | 07/20/2019 | 08/26/2019 | PA0002213244 |
| 2 | Info Hash: 2CB43429526775645D5837FE2C63CFFB1B0D2802<br>File Hash: EB2B5C92F269F5EA20F2A1DBD939200B14E14F55045A50A115DD1760BBCFDE20 | 08/17/2020 18:48:08 | Vixen | 10/31/2017 | 12/05/2017 | PA0002097990 |
| 3 | Info Hash: BB23DC3E3F41E06024BD34016ED05E4D25A7F0AA<br>File Hash: D7B1DFE14A95301D829FD5CBF99D29998ECBD57AB42E09DFFBE9C55F73A582DD | 08/17/2020 18:09:04 | Tushy | 05/03/2020 | 05/19/2020 | PA0002241474 |
| 4 | Info Hash: 31EF59E9D5E66FB4FF59BFFE051E98CB6C595DCB<br>File Hash: 7895E1A917B4A697D048EB98B821CD44B6DA0E3477ACABC59EE202071F548604 | 08/16/2020 19:41:16 | Tushy | 05/06/2018 | 06/19/2018 | PA0002126449 |
| 5 | Info Hash: EB9F5B6A04B4DFFA23A8CE55F49267EC9F155492<br>File Hash: DCB87F15D6A3A60548AA08EEFC211F07C3C3D0DD059E4533A27862A3700F3930 | 08/16/2020 19:37:59 | Tushy | 12/27/2018 | 01/22/2019 | PA0002147899 |
| 6 | Info Hash: 1018A676073B24EB9A7384E7BF56686079E27B27<br>File Hash: 14933E0910B60AF2E3929652EA75A2557D35397916823CC0D76B623CECFEAD2B | 08/14/2020 23:45:02 | Tushy | 07/20/2018 | 09/05/2018 | PA0002134598 |
| 7 | Info Hash: 1FB01C62464C1A31AECE85754CFE67E51306FA3E<br>File Hash: 4C70BCAA2DD6D7173E0703BB67659B4D822F37A64ECB54332FB82D3451A7656C | 08/14/2020 23:01:33 | Tushy | 12/12/2018 | 01/22/2019 | PA0002147902 |
| 8 | Info Hash: 3748105F4AFE9AA5B660CA0D1E407FBA1F59990B<br>File Hash: FF111E44EB7F95B770FCFC7F80DD133AAB942BDC0506CF0E8F4F540E867CA0E8 | 08/14/2020 09:56:21 | Vixen | 01/29/2019 | 03/24/2019 | PA0002182715 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 6139AEF3696F83F031C0ED30F17BE4D3EA235E43<br>File Hash: 2FD586D8D4834490E7A7E5E87786872FAB9995B981C78EB30DA5C3ACB75F4208 | 08/14/2020 00:36:26 | Vixen | 04/24/2019 | 06/03/2019 | PA0002178769 |
| 10 | Info Hash: C341AC19AAF42185652B5AD8AA85ADDC9ED72B2C<br>File Hash: 66B69E56D99068B2608C9506A71488DFF634122025E5C9C9DB6DEBEC490EA63F | 08/07/2020 22:31:08 | Vixen | 12/25/2017 | 01/15/2018 | PA0002099686 |
| 11 | Info Hash: 26027D4BBA9366856012B8C062375891C7926188<br>File Hash: 518F49722D012458CA767399DC4F77F113BD0897F82DBFAE6ECE845BCC7BD399 | 08/01/2020 20:20:36 | Vixen | 02/08/2019 | 03/24/2019 | PA0002183193 |
| 12 | Info Hash: 85D5FBF147E9471F935771CE52471E3036270454<br>File Hash: EAB8E6D30F1883FA3F49D977A869EDE2D2BA07BE3D0BCAED655D06473CDBB37F | 08/01/2020 19:59:36 | Tushy | 05/26/2018 | 07/14/2018 | PA0002128078 |
| 13 | Info Hash: FF16D5C558E22B9BA334778EF92DDCAC4B9C219F<br>File Hash: 0A6AC3A4977BD540B7DF072701AB010EE0AFC960275C3F4BBE458E3B8FAEF669 | 07/25/2020 12:24:55 | Vixen | 01/29/2020 | 02/20/2020 | PA0002229058 |
| 14 | Info Hash: FA233308A6F4A6346592C30B5744CA89F8A51DF2<br>File Hash: F1FE2E79A8D5B1BC5839DF1D13AC53E827F99D3E5BC22EB412D60B997A0ABF63 | 07/21/2020 11:18:17 | Vixen | 12/30/2017 | 01/15/2018 | PA0002070944 |
| 15 | Info Hash: 15C91360B96EC4FC534313AD0435C151DAE55696<br>File Hash: 7AD677D20438EED1DF05EACADDC3E5462A8B4B088A835F5F84BE54BE80DC88B7 | 07/10/2020 08:40:49 | Tushy | 08/19/2019 | 08/26/2019 | PA0002213301 |
| 16 | Info Hash: 4FD530AFCD695ED8E130447A426E45259006C41E<br>File Hash: 114B28600C61805C5EA92098616217C3D72F0BC75FCAD70082F78B1C9078A3A3 | 07/10/2020 00:12:10 | Tushy | 10/28/2017 | 12/04/2017 | PA0002098014 |
| 17 | Info Hash: 17C2B0609BE9B92AE0D1C44F1D6212EA6D1BB636<br>File Hash: 402B867C209F7D20D0191CA572AE9866DD7F7A3F678CE452902BFACBA641A9EB | 07/09/2020 07:58:46 | Vixen | 08/12/2017 | 08/17/2017 | PA0002048373 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 87E3EE6A6C12D0A473417E5E80E3584E523406F7<br>File Hash: 62621F634640FFC544FE55589BA50348522FBE4631FEBBBCD6EBDF6969283909 | 07/08/2020 21:41:39 | Vixen | 05/19/2019 | 06/13/2019 | PA0002180953 |
| 19 | Info Hash: 47CE723D84C0A2028A53B98FE9431C963A280E54<br>File Hash: 3B4131F8980F5B1897C386893963773E40C3EEECE0EF9820C958D8248BE7E58C | 07/08/2020 18:57:06 | Tushy | 02/25/2018 | 03/01/2018 | PA0002079188 |
| 20 | Info Hash: 051A52EFFAA41578BB5F4F7EDE4827997D21BC4C<br>File Hash: 55A1FA72FC61AD5D1ED91299E2C17F3A780F20014A987675F2E69F86B4468AA7 | 07/06/2020 00:39:49 | Vixen | 07/23/2018 | 09/05/2018 | PA0002135670 |
| 21 | Info Hash: 0F671BDFB33A5599C41342D6C33718CD1B34FF5C<br>File Hash: 1C571B3C69EEFB5DFB9E6FD6C97312200C65359E79417AEAF1800820DEFFF741 | 07/05/2020 22:11:29 | Tushy | 05/16/2018 | 06/19/2018 | PA0002126446 |
| 22 | Info Hash: 2D77D2EA1B7AC46CDE6BA255AAEE31107E027A08<br>File Hash: F9A7372941DA252808B68887A5C34826B060F8D2FFE5E9E93B022A57762D4AB2 | 06/16/2020 12:13:28 | Tushy | 12/12/2017 | 01/04/2018 | PA0002069349 |
| 23 | Info Hash: 7F46C7C6F93FA2CED81750D01A6A4484E5394598<br>File Hash: 1FF5F149747DCE4001F4C54DC671963EC6B743984EBE973D54AD2BCB7ADF2517 | 06/07/2020 17:48:44 | Vixen | 03/14/2020 | 04/17/2020 | PA0002246114 |
| 24 | Info Hash: AB6F5DDED2290838AD429C5C8048ECD822E37AFC<br>File Hash: E3929017009B2C9EFC94F419309B16346A86AAE8361D5BA626E7E98131473127 | 05/29/2020 10:09:59 | Vixen | 07/08/2019 | 09/10/2019 | PA0002199411 |
| 25 | Info Hash: C542D326EE13C9860B8EE438E27E0EB12257FB94<br>File Hash: 842DD7F6893D36DBF41DE757F110D74DAE4F036240C7F9E6A3008868F09FC99B | 05/29/2020 10:09:27 | Vixen | 05/14/2019 | 07/05/2019 | PA0002206408 |
| 26 | Info Hash: 9ABAE62EFB9EDB547FFE0A79B13F8BA4BDA25B8C<br>File Hash: B57FBDC2B6B8D1E718BDD10CEDE066D6D01B204780BFE4AD381E68FFC4764CCF | 05/29/2020 09:59:48 | Vixen | 12/20/2019 | 02/03/2020 | PA0002225564 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: D26115D8966BF3A672651C119BBE178A9C1A7D82<br>File Hash: 25C81ED2117705BBCD032B714CA70D15C270191599F2F8BE1BA384D392FC7CCF | 05/29/2020 09:52:05 | Tushy | 07/15/2018 | 08/07/2018 | PA0002132406 |
| 28 | Info Hash: 1D652D14E624CF4FE65234E00AB298914C6B5B1B<br>File Hash: 18CDA84EF37DE57838D54104CA2FE7097D1377666228E4D0B55F6AD2ED7F389A | 05/28/2020 21:28:19 | Vixen | 01/04/2019 | 01/22/2019 | PA0002147681 |
| 29 | Info Hash: 3C6CA0228C60DF78A52D451F9A8442A65716CDD8<br>File Hash: D3533BA7EEA97C9B2BB1F7CAAC9FF8DB1D9D75B3941F4FE5A0AF5D763E0E7E42 | 05/28/2020 20:34:00 | Vixen | 02/23/2020 | 04/17/2020 | PA0002246164 |
| 30 | Info Hash: 039BA5FE71C5977C9D7116F5969DDD54558EE778<br>File Hash: AB339829B42722F8A6C4A3ED8E1B45007C88A27389932930 2966367595FB5C08 | 04/02/2020 16:29:58 | Tushy | 02/20/2020 | 03/18/2020 | PA0002241623 |
| 31 | Info Hash: 009F9C7775B1B08E12B938E7895905234F849C90<br>File Hash: 0D295BBD50F5CFBA5900994BA8F45A048390521FD232EC6D662DCD2159635694 | 03/06/2020 12:54:14 | Tushy | 03/01/2020 | 04/15/2020 | PA0002244962 |
| 32 | Info Hash: 8F45D583B36DC71140A38B289CE0AC68E193AF62<br>File Hash: 6DC4660CCABA32776470F1C7621A4FA83AA6F282968245CF653CA5D40FFB44EE | 02/21/2020 16:32:18 | Tushy | 01/01/2020 | 01/27/2020 | PA0002223953 |
| 33 | Info Hash: 1BB2EF62252597B1353F2947F015A86982A0E19F<br>File Hash: F41BE8C6350F2DB9D42BCFC852F0226B8CF802B79821D9C42A3895FCCFC5E94A | 02/21/2020 16:27:32 | Vixen | 07/28/2019 | 08/22/2019 | PA0002195513 |
| 34 | Info Hash: BD08CDC4AB37B1F288F5D245BC77FD72EC17895E<br>File Hash: 9F66A4E0A7591B21704D3FFF246FBA254A816C87D2801350AB7A05FA1398CBB9 | 02/21/2020 16:26:06 | Tushy | 07/05/2019 | 08/27/2019 | PA0002213300 |
| 35 | Info Hash: 637973CB536525CD32F7FFDC054B4E1B9742D7FA<br>File Hash: AF6B8F86DC6DC3818589C6CFBDFFDE20C3BDDD6BCD5EFDDB88A333A7C813FD1C | 02/05/2020 21:26:49 | Tushy | 11/22/2017 | 01/04/2018 | PA0002069339 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: EA3A1459FD63ECD6B26644B90833EB3BD0C7E235<br>File Hash: 9B6D30AB5416FA0F28F38AE7FA2EAC0827AAEF8EB08070BAE6ADCC878CE352CA | 02/05/2020 21:23:20 | Vixen | 06/13/2018 | 07/14/2018 | PA0002128389 |
| 37 | Info Hash: B30A24C236439A9B2C65C9234830190BD3026085<br>File Hash: E190CFF045FD226A2DC42A0014C64775CD37FE54BE08F0806F0D3BDE27234259 | 12/26/2019 17:26:10 | Tushy | 10/23/2017 | 12/04/2017 | PA0002098018 |
| 38 | Info Hash: 0A7726E37E9B072573F9F2DB4D73EB77E34C9FE8<br>File Hash: CCF520EDFF0270DDE0EE50CFA82BC67ECEE48A35A4C37F658A12DF4A439862A1 | 11/09/2019 18:51:21 | Tushy | 11/02/2017 | 12/05/2017 | PA0002098020 |
| 39 | Info Hash: 557B5DAD5E3CAC1EBF7F510D67437F1D01235D11<br>File Hash: E4A62E1A2CC636C13E980133105006A3E70314128FB9CF66A8367FCD1FB98922 | 11/09/2019 14:53:20 | Vixen | 04/14/2019 | 05/28/2019 | PA0002200761 |
| 40 | Info Hash: 63DFE31973E8D9C33E4F6DC4A565B760E78B2463<br>File Hash: 5823B89B3CE90E5E33801FF1E9C4C87D98B236B0012E245C8248E40D0E7F79FB | 08/10/2019 12:46:21 | Vixen | 12/10/2017 | 01/04/2018 | PA0002097451 |
| 41 | Info Hash: CCE9FA128205198C6A014556AFF4DC9D7866B695<br>File Hash: DC039FBA2E3A8C417DEB586E91B486E5E45000ADFAA1FD03BBEDA0A87D45A37C | 06/01/2019 22:18:19 | Tushy | 04/16/2018 | 06/18/2018 | PA0002126681 |
| 42 | Info Hash: EC033492E93572F9A38F165C56FC88DDD20FCFE0<br>File Hash: 41D2EA11898037FD0F9C0117569064E8A54285FE83665D117AC9690E3C078421 | 05/17/2019 22:27:16 | Tushy | 03/02/2018 | 04/17/2018 | PA0002116728 |